AFFIDAVIT OF FACT

TO WHOM IT MAY CONCERN;                                    01/20/22

I AM Kalshareef El, in Propria Persona, Sui Juris, Proprio solo, Proprio heredez STATUS AT ALL TIMES AND ALL POINTS IN TIME. I HAVE BEEN INCARCERATED IN/AT THE ATLANTIC COUNTY JUSTICE FACILITY (ACJF) SINCE OCT 31ST, 2021. THE FACILITY HAS ME LOGGED IN UNDER A STRAWMAN NAME THAT DOES NOT BELONG TO ME NOR IS IT THE NAME MY PARENTS GAVE ME WHEN BORN, NOR IS IT THE NAME OF THE STRAWMAN THE STATE OF NEW JERSEY HAS CHARGES AGAINST. WHICH IS KAL S. MITCHELL. I AM LOGGED IN AS MIKAL S. MITCHELL # 01-282430.

THE CONDITIONS THAT I HAVE ENDURED/EXPERIENCED SINCE I'VE BEEN HELD CAPTIVE/PRISONER ARE FAR BEYOND INHUMANE; WE HAVE BEEN FORCED TO EAT HORRIBLE AND INADAQUATE PERPORTIONS OF FOOD. A KITCHEN 100% RAN BY ARAMARK CO. THERE IS NO LAW LIBRARY AND THE LITTLE LAW LIBRARY APP THEY HAVE ON THE ANDROID-TABLETS MEANS NOTHING AND DOES VERY LITTLE TO NO HELP IF ANY AT ALL, WITHOUT SOME-ONE LIKE A PARALEGAL OR SOMEONE WELL ROUNDED IN LAW TO ASSIST YOU IN WHAT YOUR READING/LOOKING/ FOR AND HOW TO APPLY IT.

THE MEDICAL ASSISTANCE HERE AT (ACJF) IS HORRIBLE, YOU WILL HAVE TO LITERALLY BE DYING TO GET ATTENTION FOR SERIOUS MEDICAL CARE. (ACJF) IS VIOLATING ALL OF THE C.D.C. GUIDELINES, BY HAVING ALL OF US PRISONERS SLEEP IN 3-MAN CELLS, 3 FEET APART FROM EACH OTHER, THIS IS CLEARLY NOT 6-FEET APART NOR IS IT KEEPING ANY OF US SAFE FROM THE SPREAD OF THIS NEW FORM OF COVID-19 NOR THE ORIGINAL STRAND OF COVID-19. BUT STILL I HAVE TO WEAR A MASK EVERYWHERE I GO. BUT LACK OF OXEGAN IS THE LEADING CAUSE OF DISEASE.

THIS HAS GONE FAR BEYOND CRUEL AND UNUSUAL PUNISHMENT. 01/12/22 WE HAVE BEEN FED BREAKFAST WITH LIVE AND DEAD INSECTS/ BUGS INSIDE OF THE GRITS, THEY A SGT. C/O CAME TO LOOK AT THE COMPLAINT WE MADE JUST TO SEND NEW TRAYS RIGHT BACK IN OF THE SAME BUG/INSECT INFESTED FOOD, AND LAUGHED ABOUT IT ON CAMERA, (SEE (ACJF) B-RIGHT UNIT CAMERA FOOTAGE BETWEEN 8:00AM - 10:00AM ON THE DATE OF 01/12/22). ARAMARK CORPORATION, FEED/FED US BUGS.

THERE ARE ABOUT 26-INDIVIDUAL PRISONERS STATEMENTS THAT IS ON B-RIGHT UNIT IN (ACJF) WITH SIGNATURES CONFIRMING EVERYTHING I HAVE SAID IN THIS AFFIDAVIT OF FACTS. WE ARE HUMANS, NOT SLAVES. THE NAMES OF EACH WHO HAS BEEN MISTREATED AND HAD THEIR HUMAN AND CONSTITUTIONAL RIGHTS VIOLATED, IS BELOW. ASWELL FEDERAL VIOLATIONS BV MAIL ROOM STAFF BV NEVER GIVING US OUR MAIL ON TIME, OUR MAIL SITS IN THE MAILROOM FOR 2-WEEKS BEFORE IT IS HANDED TO US. EVEN IF ITS PAID FOR PRIORITY MAIL, THATS THE MAJOR ISSUE.

(SEE ATTACHMENT FOR INDIVIDUAL PRISONER/INIMATES NAMES AND SIGNATURES AND PRISONER IDENTIFICATION NUMBERS ALIKE.)

01/20/22

RESPECTFULLY SUBMITTED
IN MV HONOR

Kal shareef el
Kal shareef el

HORRIBLE INADAQUETE PERPORTIONS OF FOOD

<u>PLAINTIFF'S:</u> et alia (CONTINUED)

| | |
|---|---|
| Sergio Rosado #01-280324 | #01-280324 |
| Mike Hayes #01-282763 | #01-282763 |
| Darnell Ballard 01-282283 | #01-282283 |
| Kal S. Mitchell #01-282430 | Kal shareeq el #01-282430 |
| Oscar Tureda #01-280716 | #01-280716 |
| Jean Andjuar #01-282695 | Jean Andjuar #01-282695 |
| Justin Kirkpatrick #01-282073 | Justin |
| Daniel Williams #01-282635 | Daniel Williams |
| Kenneth Geary #270291 | Kenneth Geary |
| Myron Brown 01-280640 | Myron Brown 01-280640 |
| Ramon Rivera 01-280-900 | Ramon Rivera 01-280-900 |
| William Wolverton 01-278410 | Wm Wolverton 01-278410 |
| Lamar Quarles 01-280348 | Lamar Quarles |
| Juv'Quan Brown 01-282683 | Juv'Quan Brown |
| Daniel Br 01-282726 | |
| Eugene Hepley 281659 | David Hepley |
| John Gasser 01281430 | |
| Andrew Pollock 01281885 | |
| Jorge Aviles 01282394 | Jorge Aviles |
| Jeffery Ewell 01282632 | |
| Frank Votano 276976 | |
| Leonard oglesby 01-282584 | Leonard oglesby |
| Randay Lewis 01-282189 | Randy Lewis |
| Robert Evans 01-278476 | Rob Ev |
| Maynor Moreno 01282267 | Maynor Moreno 01282267 |
| Matthew Reyes 01-282742 | Matthew Reyes |
| Hector Ortiz 01-282768 | HO |
| Keith Osina 279497 | Keith Osina |
| Isiah Fitzpatrick 280673 | Isiah Fitzpatrick |
| D. McCluney 01-279780 | D. Mc |
| Aaron Macculkugh 01-281688 | Aaron McColl |
| Quanell Still 01282431 | 1/8 01-282431 |
| Troy Barber 01-281219 | |
| Clae Lewis 01-276617 | |
| Saheem Taplin 01-282109 | Saheem |
| Nasir Morgan 01-282730 | Nasir Morgan |

ON THE DATE OF **01/15/22** BREAKFAST TRAYS "GRITS AND SAUSAGE PATTY" THE GRITS HAD NUMEROUS AMOUNTS OF DEAD INSECTS INSIDE OF THE GRITS. THIS WAS NOT THE FIRST TIME WE HAVE BEEN FORCED TO EAT HORRIBLE TRAYS!!! THIS IS BEING TREATED AS "CRUEL AND UNUSUAL PUNISHMENT. THE PRISONERS/INMATES OF B-RIGHT IN A.C.J.F. ARE LIVING IN FEAR, WE ARE ALL SICK NOW. SOMETHING NEEDS TO BE DONE A.S.A.P!!! WE'RE ALL STILL THREE (3) MEN TO A CELL WHICH IS A MAJOR VIOLATION OF C.D.C. GUIDELESS OF REMMAINING (6-FEET APART). MORE THEN 20 PRISONERS IN B-RIGHT UNIT OF A.C.J.F HAS VOMITTED AT LEAST 20 MINUTES AFTER EATING THE TRAYS. THERE ISNT ENOUGH STAFF TO RUN THE FACILITY. Kal shareq el