IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MIKAL S. MITCHELL, a/k/a KAL SHAREEF EL  Plaintiff,  v.  ATLANTIC COUNTY JUSTICE FACILITY, et al.  Defendants. | Civil No. 22-648 (RMB/SAK)  **ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

Plaintiff Mikal S. Mitchell, joined by numerous other pretrial detainees at Atlantic County Justice Facility in Mays Landing, New Jersey, filed a prisoner civil rights complaint (Docket No. 1) on February 7, 2022. On April 25, 2022, this Court administratively terminated this matter because none of the Plaintiffs paid the filing fee or submitted a properly completed application to proceed without prepayment of the filing fee under 28 U.S.C. § 1915(a) ("*in forma pauperis*" or "IFP" application). (Order, Docket No. 13.) By Order dated June 13, 2022, this Court granted Plaintiff Mikal S. Mitchell's IFP application, administratively terminated the remaining Plaintiffs who had not paid the filing fee or submitted an IFP application, and dismissed the complaint without prejudice for failure to state a claim. (Order, Docket No. 37). Plaintiff Mikal S. Mitchell was granted leave to file an amended complaint, but has not yet done so. (*Id.*)

This matter comes before the Court upon Plaintiff Sergio Rosado's filing of an IFP application under 28 U.S.C. § 1915(a). Plaintiff Rosado's IFP application is missing the requisite

> certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2). The certification of the trust fund account statement must be signed by an appropriate prison official. Therefore, the IFP application is deficient and will be denied without prejudice. Plaintiff Rosado will remain administratively terminated from this action until he corrects the deficiencies in his IFP application or pays the filing fee. Further, Plaintiff should be advised that this Court dismissed the complaint without prejudice to filing an amended complaint by July 13, 2022. The amended complaint must be signed by each Plaintiff.

**IT IS** therefore on this **23rd day of June 2022**,

**ORDERED** that the Clerk shall reopen this matter; and it is further

**ORDERED** that Plaintiff Sergio Rosado's IFP application (Docket No. 38) is **DENIED** without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order, and the Opinion and Order dated June 13, 2022 (Docket Nos. 36, 37) upon Plaintiff Sergio Rosado by regular U.S. mail; and it is further

**ORDERED** that the Clerk of Court shall administratively terminate this matter, subject to reopening upon this Court's Order, upon receipt of a timely filed amended complaint (signed by each Plaintiff joining in the amended complaint) and a properly completed IFP application by any Plaintiff joining in this action (by signing the amended complaint) who has not been granted IFP status.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
